UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Clayton et al., <br><br> Plaintiff(s), <br><br> v. <br><br> New York State Department of Corrections and Community Supervision et al., <br><br> Defendant(s). | 25-CV-9344 (DEH) <br><br> ORDER |

DALE E. HO, United States District Judge:

      On November 12, 2025, this Court issued a Notice of Initial Pretrial Conference, ECF No. 6, which scheduled the initial pretrial conference for November 25, 2025. Additionally, that Order directed: (1) Plaintiffs to serve their Motion for Expedited Discovery, ECF No. 5, and the Order on Defendants, and to file proof of service by November 12, 2025; (2) the parties to confer on the Motion for Expedited Discovery "as soon as practicable"; (3) Defendants to respond to the Motion by November 19, 2025; and (4) Plaintiffs to file their reply by November 21, 2025. The Order also required the parties to file a joint letter with a proposed Civil Case Management Plan and Scheduling Order by no later than November 20, 2025. To date, Plaintiffs have only issued summons to Defendants. ECF No. 7.

Without the required materials from the parties, the Court finds that a conference at this time is not an efficient use of judicial resources. The conference currently scheduled for November 25, 2025 at 3 p.m. is **ADJOURNED** and it is hereby **ORDERED** that counsel for all parties appear for a conference with the Court on **December 4, 2025** at **10:30 a.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Defendants shall submit a response to Plaintiffs' Motion for Expedited Discovery by **November 26, 2025**; Plaintiffs shall file any reply by **December 1, 2025**. Further, pursuant to the Court's prior Order, the parties shall file a joint letter with a proposed Civil Case Management Plan and Scheduling Order by **December 1, 2025**.

SO ORDERED.

Dated: November 24, 2025
New York, New York

DALE E. HO
United States District Judge