**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

**VIA ECF** July 8, 2026

Hon. Dale E. Ho
United States District Judge
Thurgood Marshall United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Clayton v. DOCCS, et al, 25 Civ. 9344 (DEH)

Dear Judge Ho:

This office currently represents the New York State Department of Corrections and Community Supervision ("DOCCS") in this action and will shortly be finalizing our representation analysis for other named defendants who have been served and requested representation. We write to respectfully request that defendants be allowed until August 10, 2026 to respond to the pleading in this action. The reason for this request is that representation will not be finalized for these defendants by the current July 10 deadline and at least one defendant who has requested representation will likely need to be certified for outside counsel. In addition, it is respectfully requested that the July 29, 2026 conference be adjourned to a later date as I am presently scheduled to be in Grenada on that date, returning to work August 5.[1] This is the first request by defendants to adjourn the deadline to respond to the First Amended Complaint. Plaintiff's counsel has reviewed the content of this letter and consented to this request.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jeb Harben*
Jeb Harben
Assistant Attorney General
(212) 416-6185
jeb.harben@ag.ny.gov

Application **GRANTED**. Defendants shall have until **August 10, 2026** to respond to the complaint in this action. Further, the conference scheduled for July 29, 2026 is **ADJOURNED** to **August 26, 2026** at **2 P.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Pursuant to the Court's prior Order, ECF No. 6, the parties shall file a joint letter with a proposed Civil Case Management Plan and Scheduling Order by **August 20, 2026**. The Clerk of Court is respectfully directed to terminate ECF No. 58.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Dale E. Ho
United States District Judge

[1] I apologize for not raising this earlier when the Court rescheduled this conference as the trip has been scheduled for several months (I am visiting my wife who is teaching abroad this summer).