UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clayton, et al.,

Plaintiffs,

v.

New York State Department of Corrections and Community Supervision et al.,

Defendants.

25-CV-9344 (DEH)

ORDER

DALE E. HO, United States District Judge:

An initial pretrial conference in this matter is scheduled for September 23, 2026. Pursuant to the Court's Notice of Initial Pretrial Conference, ECF No. 6, the parties were required to file on ECF a joint letter, the contents of which were described therein, as well as a proposed Civil Case Management Plan and Scheduling Order, by September 17, 2026. To date, the parties have not filed the required materials. Accordingly, the conference is **ADJOURNED** to **September 30, 2026** at **3 P.M.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The parties are reminded that all pretrial materials must be submitted by **September 24, 2026**.

SO ORDERED.

Dated: September 22, 2026
New York, New York

DALE E. HO
United States District Judge