UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clayton et al,

Plaintiff(s),

v.

New York State Department of Corrections and Community Supervision et al,

Defendant(s).

25-CV-9344 (DEH)

ORDER

DALE E. HO, United States District Judge:

Pursuant to the Court's September 22, 2026 Order, ECF No. 67, and the Court's Notice of Initial Pretrial Conference, ECF No. 6, the parties were required to file a joint letter, the contents of which have previously been described, on the docket by September 24, 2026. To date, the parties have not submitted such a letter to the Court. Accordingly, the parties are directed to file the letter by **September 28, 2026** at **12 P.M.** The parties are warned that continued failure to adhere to Court orders may result in sanctions.

SO ORDERED.

Dated: September 25, 2026
New York, New York

DALE E. HO
United States District Judge