UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Clayton,

Plaintiff(s),

v.

New York State Department of Corrections and Community Supervision et al.,

Defendant(s).

25-CV-9344 (DEH)

ORDER

DALE E. HO, United States District Judge:

As ordered at the Initial Pretrial Conference held on September 30, 2026, all Defendants who have not yet responded to the operative complaint shall file an answer or otherwise respond by **October 12, 2026**. Plaintiffs shall file an omnibus opposition by **November 9, 2026**, and Defendants shall file a consolidated reply by **November 23, 2026**. If the parties seek expanded page limits for any these submissions, they shall submit a single request prior to the due date of Plaintiffs' opposition brief.

Plaintiffs are directed to serve a copy of this order on Defendants Delgiorno, Carpenter, and Foster, and file proof of such service, by **October 2, 2026**.

SO ORDERED.

Dated: October 1, 2026
New York, New York

DALE E. HO
United States District Judge